UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MAUREEN E. DUNHAM, individually and on behalf of all others similarly situated, | CLASS ACTION |
| *Plaintiff*, | Case No. 1:22-cv-00300-DNH-DJS |
| v. | JURY TRIAL DEMANDED |
| THE SHERWIN-WILLIAMS COMPANY, | |
| *Defendant*. | |
| _____/ | |

**JOINT STIPULATION OF DISMISSAL**

Plaintiff, Maureen E. Dunham, and Defendant, The Sherwin-Williams Company, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), do hereby stipulate to the dismissal of this action as follows:

1. All claims of the Plaintiff, Maureen E. Dunham, individually, are hereby dismissed with prejudice, with each party to bear their own fees and costs.

2. All claims of any unnamed member of the alleged class are hereby dismissed without prejudice.

IT IS SO ORDERED:

_____
David N. Hurd
U.S. District Judge

Dated: __October 31, 2023__

Date: October 30, 2023

Respectfully Submitted,

**SHAMIS & GENTILE, P.A.**
*/s/ Andrew J. Shamis*
Andrew J. Shamis, Esq.
ashamis@shamisgentile.com
14 NE 1st Avenue, Suite 705
Miami, FL 33132
Telephone: 305-479-2299

**KALIEL GOLD, PLLC**
Jeffrey D. Kaliel
Sophia G. Gold, Esq.
1100 15th St NW
Washington, DC 20005
Telephone:
jkaliel@kalielpllc.com
sgold@kalielpllc.com

**NEMATZADEH PLLC**
Justin S. Nematzadeh
101 Avenue of the Americas, 9th Floor
New York, NY 10013
Telephone: (646) 799-6729
Email: jsn@nematlawyers.com

*Counsel for Plaintiff*

*/s/ Louis A. Chaiten*
**JONES DAY**
Louis A. Chaiten (admitted pro hac vice)
Ryan A. Doringo (admitted pro hac vice)
North Point 901 Lakeside Avenue
Cleveland, Ohio 44114
(216) 586-3939; (216) 579-0212 (fax)
lachaiten@jonesday.com
radoringo@jonesday.com

Sharyl A. Reisman
250 Vesey Street
New York, NY 10281
(212) 326-3405; (212) 755-7306 (fax)
sareisman@jonesday.com

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on October 30, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel identified below via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner.

Respectfully submitted,

**SHAMIS & GENTILE, P.A.**
14 NE 1st Ave., Suite 705
Miami, FL 33132
Telephone (305) 479-2299

By:    */s/ Andrew J. Shamis*
     Andrew J. Shamis, Esq.

*Attorneys for Plaintiff*